BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 13-CR-00407-LKK |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| JUHUN MERRELL BROWN, | DATE: February 4, 2014 |
| Defendant. | TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On February 4, 2014, the Court held a status conference in this case. Assistant United States Attorney Michael D. McCoy appeared on behalf of plaintiff, the United States of America. Douglas J. Beavers appeared with defendant Juhun Merrell Brown, who was present and in custody.

This Court granted a continuance for a further status conference/entry of plea to February 25, 2014, at 9:15 a.m.

For the reasons stated in open court and having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act, the Court therefore excluded time from

///

///

///

ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME

1

1  February 4, 2014, to, and including, February 25, 2014, from computation of time within which the trial
2  of this matter must be commenced, pursuant to Local Code T4.

4  DATED: February 24, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT