HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JUHUN MERRELL BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:13-CR-00407 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| ) | DATE:   April 8, 2014 |
| JUHUN MERRELL BROWN, ) | TIME:   9:15 a.m. |
| ) | JUDGE: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED between the parties, MICHAEL D. McCOY, Assistant United States Attorney, counsel for the plaintiff, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant JUHUN MERRELL BROWN, that the status conference set for April 1, 2014 be vacated, and the matter be set for status conference on April 8, 2014 at 9:15 a.m. The reason for the continuance is to allow defense counsel additional time to investigate. The parties stipulate and agree that the time period between the signing of this order through and including April 8, 2014 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(7)(A)and(B)(iv) [reasonable time to prepare] (Local Code T-4).

-1-

| | |
|---|---|
| Dated:  March 28, 2014 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>JUHUN MERRELL BROWN |
| Dated:  March 28, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Michael D. McCoy*<br>MICHAEL D. McCOY<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

IT IS SO ORDERED.  Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the signing of this order through and including April 8, 2014 pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time to prepare] (Local Code T4). A new status conference date is hereby set for April 8, 2014 at 9:15 a.m.

Dated: March 31, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-