LAW OFFICES OF CHRIS COSCA
CHRIS COSCA     SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JUHUN MERREL BROWN


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. 2:013-CR-00407 LKK |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE** |
| vs. | ) ) | |
| JUHUN MERREL BROWN, | ) ) | |
| Defendant. | ) ) | |

**Stipulation**

The parties, through their undersigned counsel, stipulate

that the sentencing hearing currently scheduled for July 8, 2014

may be continued to August 12, 2014 at 9:00 a.m. Defense counsel

recently substituted in as counsel of record and requires

additional time to prepare and develop facts relevant to

judgment and sentencing herein.

The prosecutor has authorized defense counsel to sign this

stipulation on his behalf.


DATED: June 26, 2014          By:  /s/ Chris Cosca _____
                                   Chris Cosca
                                   Attorney for Defendant
                                   JUHUN MERREL BROWN


USA v. Brown- Stip to Con't J&S          1

1  DATED: June 26, 2014              By:   /s/ Chris Cosca for____
                                          Michael McCoy
2                                         Assistant U. S. Attorney

3                                   **ORDER**

4       Good cause appearing,

5       The sentencing hearing currently scheduled for July 8, 2014

6  is continued to August 12, 2014 at 9:15 a.m.

7

8

9

10  DATED: July 1, 2014

11

12                              LAWRENCE K. KARLTON
                                SENIOR JUDGE
13                              UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USA v. Brown- Stip to Con't J&S            2