BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 13-CR-00407-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | DATE: August 12, 2014 |
| JUHUN MERRELL BROWN, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. Lawrence K. Karlton |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on August 12, 2014.

2. By this stipulation, the parties now move to vacate the current date scheduled for the Judgment and Sentencing and continue the case one week to August 19, 2014.

3. The final Presentence Report has been completed and all other disclosure dates have passed; so the one week continuance of the Judgment and Sentencing will not impact any other parts of the previously established disclosure schedule.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

4. Defense counsel has authorized government counsel to sign this stipulation on his behalf.

IT IS SO STIPULATED.

Dated: July 23, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ MICHAEL D. McCOY
MICHAEL D. McCOY
Assistant United States Attorney

Dated: July 23, 2014

/s/ Michael D. McCoy for
Christopher Richard Cosca
(as auth. on 8/7/14)
CHRISTOPHER R. COSCA
Counsel for Defendant

**ORDER**

The parties' stipulation is HEREBY approved, and it is ordered that the date scheduled for Judgment and Sentencing is continued from August 12, 2014, to August 19, 2014, at 9:15 a.m.

IT IS SO ORDERED.

Date: August 8, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2