BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JUHUN MERRELL BROWN,<br><br>             Defendant. | CASE NO. 13-CR-00407-LKK<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: August 19, 2014<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for Judgment and Sentencing on August 19, 2014.

2.      By this stipulation, the parties now move to vacate the current date scheduled for the Judgment and Sentencing and continue the matter one additional week to August 26, 2014.

3.      The parties jointly request the one week continuance so that they can continue to work and seek agreement on some final sentencing issues.

4.      The final Presentence Report has been completed and all other disclosure dates have passed; so the one week continuance of the Judgment and Sentencing will not impact any other parts of the previously established disclosure schedule.

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

5. Defense counsel has authorized government counsel to sign this stipulation on his behalf.

IT IS SO STIPULATED.

Dated:  August 15, 2014               BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ MICHAEL D. McCOY
                                      MICHAEL D. McCOY
                                      Assistant United States Attorney

Dated:  August 15, 2014               /s/ Michael D. McCoy for
                                      Christopher Richard Cosca
                                      (as auth. on 8/15/14)
                                      CHRISTOPHER R. COSCA
                                      Counsel for Defendant

### ORDER

The parties' stipulation is HEREBY approved, and it is ordered that the date scheduled for Judgment and Sentencing is continued from August 19, 2014, to August 26, 2014, at 9:15 a.m.

IT IS SO ORDERED.

Date: August 18, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT