UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUHUN MERRELL BROWN,<br><br>Defendant. | No. 2:13-cr-00407-TLN<br><br>**ORDER** |

      On March 31, 2016, Defendant Juhun Merrell Brown ("Defendant") filed a motion with this Court seeking copies of four documents: 1) a transcript of his August 26, 2014 sentencing hearing; 2) the judgment and commitment (ECF No. 49); 3) the indictment; and 4) the presentence investigation report related to his case (ECF No. 35).  Defendant's petition to proceed in forma pauperis was granted by this Court on March 17, 2016.  (ECF No. 71.)

      Defendant may have access to the judgment and commitment (ECF No. 49) and the information[1] (ECF No. 1), which are available on the docket of this case.  With respect to Defendant's request for a transcript of his sentencing hearing, the Court finds that Defendant has not provided sufficient information to support his request.  The United States Supreme Court has instructed that courts may provide a transcript to an indigent defendant free of cost after assessing "(1) the value of the transcript to the defendant in connection with the appeal or trial for which it

---

[1] Defendant waived an indictment before Magistrate Judge Claire on December 18, 2013, and therefore entered a plea to an information. (ECF No. 15)  Therefore, no indictment is available in Defendant's case.

is sought, and (2) the availability of alternative devices that would fulfill the same functions as a transcript." *Britt v. N. Carolina*, 404 U.S. 226, 227 (1971).  Defendant has provided no explanation as to why this transcript is requested.  Moreover, Defendant has no appeal or trial pending that might require preparation using this transcript.  Therefore, the Court cannot find grounds to provide Defendant with a free transcript.  The Court hereby denies Defendant's motion, but will reconsider the request upon Defendant's submission of a properly supported motion.

With respect to Defendant's request for the presentence investigation report in this case (ECF No. 35), the Court finds that it cannot grant Defendant's request.  Because of the confidential nature of this document, the Court cannot release the presentence investigation report absent some explanation by Defendant regarding his need for the document.  Defendant should submit a detailed request for the report and the Court will further consider Defendant's motion.  After review of Defendant's motion, the Court may provide a redacted version of the report, with any sensitive information, including details about victims or co-defendants, removed from the report.  The Court hereby denies Defendant's motion, but will reconsider the request upon Defendant's submission of a properly supported motion.

Defendant's motion is DENIED as to his request for a transcript of his August 26, 2014, sentencing hearing and the presentence investigation report related to his case.  (ECF No. 35.) Defendant's motion is GRANTED as to his request for the judgment and commitment (ECF No. 49) and the information (ECF No. 1) related to his case.

The Court hereby **ORDERS** the Clerk's Office to deliver to Defendant a copy of the judgment and commitment (ECF No. 49) and the information (ECF No. 1) found on docket 2:13-cr-00407-TLN.

Dated: April 11, 2016

Troy L. Nunley
United States District Judge

2