The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

THE UNITED STAES OF AMERICA,

        Plaintiff,

V.

JUHUN MERRELL BROWN,

        Defendant.

Case Number:  1:17-cr-00247 TLN

                    2:13-cr-00407 TLN

**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**

    Defendant Juhun Brown and  AUSA Nicolas Fogg hereby stipulate as follows:

1. This matter is currently set for an Admit/Deny hearing on August 25, 2022 at 9:30 am;

2. Defense Counsel needs more time to investigate this mater in order to prepare for the Admit/Deny Hearing;

3. By this stipulation the parties move to continue the hearing to October 20, 2022 at 9:30 am.

///

US Probation Officer Paul Mamaril has been consulted and has no objection to this continuance.

      IT IS SO STIPULATED

| | |
|---|---|
| Dated: August 17, 2022 | PHILLIP A. TALBERT<br>ACTING UNITES STATES ATTORNEY<br><br>/s/  Nicholas Fogg<br>Nicholas Fogg<br>Assistant US Attorney |
| Dated: August 17, 2022 | /s/ OLAF W. HEDBERG<br>Olaf W. Hedberg |

**ORDER**

IT IS SO ORDERED this 17th day of August, 2022.

                                         Troy L. Nunley
                                         United States District Judge